# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00470-CV

**Carmen O. Lim, Appellant**

**v.**

**M & T Bank, Appellee**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 316,083-C, THE HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on April 16, 2021. To date, the brief has not been tendered for filing and is overdue. On May 20, 2021, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by June 1, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed:  July 30, 2021